**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DANILO BURGESS,

      Plaintiff,

v.                                      No. 2:23-cv-00048-MIS-GBW

SAPUTO CHEESE USA, INC.

      Defendants.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order, ECF No. 37, the Court issues its separate judgment finally disposing of this civil case.

IT IS **HEREBY ORDERED** that all claims in this case are **DISMISSED WITH PREJUDICE**.

_____

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE